# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TYRONE WILLIAMSON, | ) |
| Plaintiff, | ) |
| | ) Case No. 2:18-cv-02200-TLP-dkv |
| v. | ) |
| CONN APPLIANCES, INC. D/B/A CONN HOME PLUS, | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** Before the Court is a Notice of Voluntary Dismissal filed on April 13, 2018. (ECF No. 7.) Though Plaintiff does not offer any particular reason for dismissal, after considering the applicable procedural rules, this Court finds Plaintiff's Notice well-taken.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Plaintiff's Notice, this action is DISMISSED WITHOUT PREJUDICE.

**APPROVED:**

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT COURT JUDGE

05/21/2018
Date